PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

v.

Nikki R. Kurtzuba

Crim. No. **8:17CR00173**

On __March 16, 2016__ the above named was placed on probation/supervised release for a period of __5__ years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

Megan N. Davis
*U.S. Probation Officer*

### ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __22nd__ day of __August__, 20 __18__.

*Chief United States District Judge*